1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:02-CR-297 GEB |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER |
| v. | ) | |
| ALFRIEDA MURPHY, aka ALFRIEDA SEALIE, | ) | |
| Defendant. | ) | |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order

///
///
///
///
///
///
///
///

1

dismissing the Indictment against Defendant.

DATED: February 22, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ S. Robert Tice-Raskin
                                            S. ROBERT TICE-RASKIN
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge